IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARY MORENO LONGORIA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-04-2615 |
| | § | |
| KELLY SERVICES, INC. d/b/a KELLY ENGINEERING SERVICES, | § § § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

As the Court has granted Defendant Kelly Services, Inc.'s Motion for Summary Judgment, the Court hereby

ORDERS that final judgment be entered in favor of Defendant Kelly Services, Inc. Plaintiff Mary Moreno Longoria's claims against Kelly Services, Inc. are DISMISSED. Plaintiff shall take nothing from Defendant.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on this 4th day of August, 2005.

_____

DAVID HITTNER

United States District Judge